IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:13-cv-00085-REP, Case Name Tammy L. Fay v. Bank of America, N.A., et al
Party Represented by Applicant: Trans Union LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) M. Kasey Ratliff
Bar Identification Number 24041751    State Texas
Firm Name Strasburger & Price LLP
Firm Phone # 214-651-4300    Direct Dial # 214-651-4708    FAX # 214-659-4007
E-Mail Address kasey.ratliff@strasburger.com
Office Mailing Address 901 Main Street, Suite 4400, Dallas, TX 75202

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not ✓ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    5/17/13 (Date)
Grant Kronenberg
(Typed or Printed Name)    65647 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted ___

The motion for admission is GRANTED  X  or DENIED ___

/s/ REP
(Judge's Signature) Robert E. Payne
Senior United States District Judge

May 20, 2013
(Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMMY L. FAY,

    Plaintiff,

v.

BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES, LLC, TRANS
UNION, LLC., and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

CIVIL NO. 3:13-cv-00085-REP

## ATTACHMENT TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 FOR MATTHEW KASEY RATLIFF

**Name(s) of federal court(s) in which I have been admitted:**

| COURT | ADMITTED |
|---|---|
| Supreme Court of Texas | 11/18/2003 |
| U.S. District Court - Northern District of Texas | 12/10/2003 |
| U.S. District Court – Southern District of Texas | 01/21/2004 |
| U.S. District Court – Eastern District of Texas | 02/13/2004 |
| U.S. District Court – Colorado | 05/13/2005 |
| U.S. Court of Appeals for the Tenth Circuit | 08/01/2005 |
| U.S. District Court – Western District of Texas | 10/27/2006 |